**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Jack Derrick Miller
Attorney at Law
P. O. Box 1650
Crowley LA 70526

Nicole B. Breaux
Attorney at Law
415 N. Parkerson Ave.
Crowley LA 70527-1650

**REHEARING ACTION: April 20, 2016**

**Docket Number: 15   00794-CA**

**SALVADOR COSCARART**
**VERSUS**
**GINA LOUISE BEAUGH COSCARART**

**Appealed from St. Landry Parish Case No. 08-C-0208-B**

**BEFORE JUDGES:**

   **Hon. John D. Saunders**
   **Hon. Elizabeth A. Pickett**
   **Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Gina Louise Beaugh Coscarart** has this day been

   **GRANTED.**  (See Opinion on Rehearing)

cc: Randall M. Guidry, Counsel for the Appellee